FILED: July 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6704
(5:17-cr-00411-D-1)
(5:23-cv-00001-D)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEPHEN CONDON PETERS

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 08/12/2025

Opening brief due: 08/12/2025

Response brief due: 09/11/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk