FILED:  October 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6704
(5:17-cr-00411-D-1)
(5:23-cv-00001-D)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEPHEN CONDON PETERS

Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to expand certificate of

appealability pending filing of the opening brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk