FILED: November 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-6704
(5:17-cr-00411-D-1)
(5:23-cv-00001-D)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEPHEN CONDON PETERS

Defendant - Appellant

---

O R D E R

---

Upon consideration of the certificate of confidentiality, the court seals the supplemental reply brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk